Quality Health Supply Corp. v Hertz Co. (2021 NY Slip Op 50130(U))

[*1]

Quality Health Supply Corp. v Hertz Co.

2021 NY Slip Op 50130(U) [70 Misc 3d 141(A)]

Decided on February 19, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on February 19, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, WAVNY
TOUSSAINT, JJ

2018-1860 K C

Quality Health Supply Corp., as Assignee of
Michel, Linda, Appellant, 
against
Hertz Co., Respondent. 

The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
Rubin, Fiorella, Friedman & Mercante, LLP (Deena Khalifa of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Joy F.
Campanelli, J.), entered February 6, 2018. The order granted defendant's motion to amend the
pleadings and to dismiss the complaint on the ground of res judicata, and denied plaintiff's cross
motion for summary judgment.

ORDERED that the order is modified by providing that defendant's motion to amend the
pleadings and to dismiss the complaint on the ground of res judicata is denied; as so modified,
the order is affirmed, without costs.
Plaintiff Quality Health Supply Corp. (Quality Health) commenced this action against "Hertz
Co." to recover assigned first-party no-fault benefits for services provided to plaintiff's assignor,
who had allegedly been injured in an accident on July 7, 2015. Prior to the commencement of
this action, "Hertz Vehicles, LLC" had brought a declaratory judgment action in the Supreme
Court, New York County, against Quality Health and its assignor herein, among other parties,
pertaining to the July 7, 2015 accident, and had moved in the Supreme Court for a default
judgment against Quality Health and its assignor. In an order entered August 4, 2016, the
Supreme Court, upon granting an unopposed motion by Hertz Vehicles, LLC, declared that Hertz
Vehicles, LLC was not obligated to pay claims for reimbursement submitted by Quality Health
and its assignor. Hertz Co. thereafter moved in the Civil Court for an order, pursuant to CPLR
3025 (c), "amending the named defendant in this action to the proper party, 'Hertz Vehicles,
LLC.' " Relying upon the Supreme Court's order, Hertz Co. sought the further relief in the Civil
Court of dismissing the complaint on the ground that the present action is barred by the doctrine
of res judicata. Plaintiff cross-moved for summary judgment and opposed defendant's motion.
Plaintiff appeals from an order of the Civil Court entered February 6, 2018 granting defendant's
motion and denying plaintiff's cross motion.
For the reasons stated in Quality
Health Supply Corp. v Hertz Co. (68 Misc 3d 131[A], 2020 NY Slip Op 50996[U] [App
Term, 2d Dept, 2d, 11th & 13th Jud Dists 2020]), the order is modified by providing that
Hertz Co.'s motion to amend the pleadings and to dismiss the complaint on the ground of res
judicata is denied.
ALIOTTA, P.J., WESTON and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: February 19, 2021